JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BOBBY VILLADO, | ) | No. CV 13-05017-GAF (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| K. HOLLAND, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 17, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE