JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BOBBY VILLADO, | ) | No. CV 13-05017-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| K. HOLLAND, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: April 30, 2014

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**